BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division
JASON M. FRIERSON
United States Attorney
PATRICK A. ROSE
Assistant U.S. Attorney
DEBRA D. FOWLER
Senior Aviation Counsel
ROBERT J. GROSS
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C. 20044-4271
(202) 616-4025 (DDF)
(202) 616-4038 (RJG)
Debra.Fowler@usdoj.gov
Robert.Gross@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CATHY ZEE ANDERSON, as personal representative of the Estate of DONALD S. GOLDBERG, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | 2:24-cv-1288 <br><br> **MOTION TO ADMIT GOVERNMENT ATTORNEY (ROBERT J. GROSS)** |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Robert J. Gross to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney. It is anticipated that Mr. Gross will enter an appearance in this action on behalf of Defendant United

States.

Mr. Gross has been a licensed attorney since January 1985 and is a member in good standing of the District of Columbia Bar (Bar # 425737) and the New York Bar (Bar # 1960426). Mr. Gross has been employed as an attorney with the United States Department of Justice, Aviation, Space & Admiralty Litigation, Torts Branch, Civil Division since August 1984 in Washington, D.C. He has held the title of Senior Trial Counsel since 2017.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Robert J. Gross to practice before this Court during the period of her employment by the United States as an attorney.

DATED: September 11, 2024                     Respectfully submitted,

                                              JASON M. FRIERSON
                                              United States Attorney

                                              *s/Patrick A. Rose*
                                              PATRICK A. ROSE
                                              Assistant United States Attorney

**IT IS SO ORDERED**.

                                              _____
                                              RICHARD F. BOULWARE, II
                                              UNITED STATES DISTRICT JUDGE

                                              DATED this 11 day of September 2024.